# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY MENDOZA, III, | CASE NO. 1:12-cv-00836-LJO-SKO |
| Plaintiff, | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. No. 2) |
| CITY OF FRESNO, et al., | **ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |
| Defendants. | |
| _____/ | |

On May 22, 2012, Plaintiff Benny Mendoza, III ("Plaintiff"), filed a motion to proceed without prepayment of the filing fees.  Plaintiff's motion demonstrates entitlement to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a), and Plaintiff's motion is therefore GRANTED.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account.

The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

1     Accordingly, it is HEREBY ORDERED that:

2     1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

3     2.     The California Department of Corrections shall collect payments from Plaintiff's trust

4     account in an amount equal to twenty percent (20%) of the preceding month's income

5     credited to Plaintiff's trust account and shall forward those payments to the Clerk of

6     the Court each time the amount in the account exceeds $10.00, in accordance with

7     28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to

8     the Clerk of the Court.  The payments shall be clearly identified by the name and

9     number assigned to this action;

10     3.     The Clerk of the Court is directed to serve a copy of this order and a copy of

11     Plaintiff's *in forma pauperis* application on the Director of the California Department

12     of Corrections, via the court's electronic filing system (CM/ECF); and

13     4.     The Clerk of the Court is directed to serve a copy of this order on the Financial

14     Department, U.S. District Court, Eastern District of California, Fresno Division.

15

16     IT IS SO ORDERED.

17     **Dated:**   **July 31, 2012**                   **/s/ Sheila K. Oberto**

                                       UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28